

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

February 25, 1939

Mr. G.E. Mann, County Auditor
Hillsboro, Texas

Dear Sir:

Opinion No. O-387
Re: May lateral road construction in
Hill County be superintended by
a non-graduate engineer?

This Department has received your request
for an opinion as to whether a person who had studied
engineering but who is not a graduate, is qualified
to superintend work on lateral roads under the Hill
County Road Law.

The Second Called Session of the 30th Legis-
lature amended the Hill County Road Law omitting the
requirement that the road superintendent be a "gradu-
ate" civil engineer. However, we think the recent
statute, Article 3271a of our Revised Civil Statutes
relating to the licensing of professional engineers
would control your situation and your question must be
answered in the light of the construction of that stat-
ute.

Section 2 of Article 3271a reads as follows:

"The practice of professional engineer-
ing within the meaning and intent of this Act
includes any professional service, such as
consultation, investigation, evaluation, plan-
ning, designing, or responsible supervision
of construction in connection with any public
or private utilities, structures, buildings,
machines, equipment, processes, works, or pro-
jects, wherein the public welfare, or the safe-
guarding of life, health or property is con-
cerned or involved, when such professional
service requires the application of engineer-
ing principles and interpretation of engineering
data. "

Your letter does not disclose whether the job of superintending the proposed lateral road construction in your county involves the application of engineering principles and interpretation of engineering data, but if it does, we think that Article 3271a would require a licensed professional engineer to superintend your road construction. We suggest that you consider the duties that will be required of your road superintendent then read the quoted portion of Section 2, Article 3271a, and if the duties required of the superintendent are covered by any of the phases of this section, you must have a licensed professional engineer.

If you are unable to answer your question from the examination of the statutes and will give us more facts, informing us of the duties of the man to be hired, we will endeavor to apply the law to the situation and answer your question.

You will notice from a consideration of Article 3271a that men may be licensed professional engineers and yet may not be graduate civil engineers. The important requirement is that they be licensed by our State Board of Registration for professional engineers if they are to perform any of the phases of engineering set out in Section 2 of Article 3271a.

We trust that this will enable you to answer your question, if not please submit us the requested additional facts and we will endeavor to answer your inquiry.

Yours very truly

ATTORNEY GENERAL OF TEXAS

BY
Morris Hodges
Assistant

MH:ob

APPROVED:

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS